# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **BNSF RAILWAY COMPANY,**<br>a corporation, | )<br>)<br>)<br>) | |
| **Plaintiff,** | ) <br>) | |
| v. | ) <br>) | Civil Action No. 3:15-cv-01029-M |
| **INTERNATIONAL ASSOCIATION**<br>**OF SHEET METAL, AIR, RAIL AND**<br>**TRANSPORTATION WORKERS,** | )<br>)<br>)<br>)<br>) | |
| **Defendant.** | ) | |

## PLAINTIFF BNSF RAILWAY COMPANY'S APPENDIX
## IN SUPPORT OF ITS MOTION FOR A TEMPORARY RESTRAINING ORDER

Pursuant to Local Rule 7.1, Plaintiff BNSF Railway Company submits this Appendix in Support of Its Motion for a Temporary Restraining Order. The contents of the Appendix are as follows:

| Exhibit No. | Document | Appendix Pages |
|---|---|---|
| 1 | Guaranteed Conductors and Brakeman's Extra Boards Agreement | 1-10 |
| 2 | Email chain between Union & BNSF re calculating guarantee pay | 11-13 |

Respectfully submitted,

David M. Pryor
  Texas State Bar No. 00791470
Andrea Hyatt
  Texas State Bar No. 24007419

BNSF Railway Company
2500 Lou Menk Drive, AOB-3
Fort Worth, Texas  76131-2828
Telephone:  (817) 352-2286
Facsimile:  (817) 352-2399
Email:  david.pryor@bnsf.com

**Attorneys for Plaintiff BNSF Railway Co.**

Date: April 2, 2015.

## CERTIFICATE OF SERVICE

I certify that on April 2, 2015, a true and correct copy of this document was served by facsimile and/or electronic mail on Kevin Brodar, Associate General Counsel, whom BNSF believes is lead counsel for the defendant, SMART-TD.

David M. Pryor